■ LOUISE HOEY, Appellant, v JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY et al., Defendants, and ANNA C. HOEY, Respondent.—In an action to recover the proceeds of a group life insurance policy, plaintiff appeals from so much of a judgment of the Supreme Court, Nassau County, entered November 12, 1976, as, after a nonjury trial, dismissed the complaint and directed that the proceeds of the policy be paid to the respondent Anna C. Hoey. Judgment affirmed insofar as appealed from, with costs, on the opinion of Mr. Justice Berman at Special Term. Cohalan, Acting P. J., Hawkins, Mollen and O'Connor, JJ., concur.